WOODWARD–CLYDE CONSULTANTS v. CHEMICAL AND
POLLUTION SCIENCES, INC., ETC.

June 27, 1986.

Cross-petition for certification granted.

STATE OF NEW JERSEY v. JAMES TILLMAN.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR SESTE.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALONZO LAWSON.

June 27, 1986.

Petition for certification denied.